U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 08 2016

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| IAN GAVIN | : | CIVIL ACTION NO. 2:15-cv-2284 |
| REG. #09580-003 | | SECTION P |
| VERSUS | : | JUDGE TRIMBLE |
| BECKY CLAY | : | MAGISTRATE JUDGE KAY |

**JUDGMENT**

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct.

Accordingly,

**IT IS ORDERED** that the petitioner's application for a writ of *habeas corpus* be and hereby is **DENIED**, and that the above captioned matter be and hereby is **DISMISSED WITH PREJUDICE** because the court lacks jurisdiction to consider these claims.

Lake Charles, Louisiana, this 8th day of February, 2016.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE